# United States Bankruptcy Court
## District of Massachusetts, Boston Division

**AMENDED HAPTER 13 PLAN**

Filing Date: _____   Docket #: _____

Debtor: **Pohl, Katie E.**   Co-Debtor: _____

SS#: **4506**   SS#: _____

Address: **37 Old Barn Rd**   Address: _____

**Plymouth, MA  02360-2987**   ,

Debtor's Counsel:

**Benner & Weinkauf, P.C.**
**33 Samoset St**
**Plymouth, MA  02360-4551**

**(508) 746-8030**

**(866) 227-4592**

ATTACHED TO THIS COVER SHEET IS THE CHAPTER 13 PLAN FILED BY THE DEBTOR(S) IN THIS CASE. THIS PLAN SETS OUT THE PROPOSED TREATMENT OF THE CLAIMS OF CREDITORS. THE CLAIMS ARE SET FORTH IN THE BANKRUPTCY SCHEDULES FILED BY DEBTOR(S) WITH THE BANKRUPTCY COURT.

YOU WILL RECEIVE A SEPARATE NOTICE FROM THE BANKRUPTCY COURT OF THE SCHEDULED CREDITORS MEETING PURSUANT TO 11 U.S.C. § 341. THAT NOTICE WILL ALSO ESTABLISH THE BAR DATE FOR FILING PROOFS OF CLAIMS.

PURSUANT TO THE MASSACHUSETTS LOCAL BANKRUPTCY RULES, YOU HAVE UNTIL THIRTY (30) DAYS AFTER THE § 341 MEETING OR THIRTY (30) DAYS AFTER THE SERVICE OF AN AMENDED OR MODIFIED PLAN TO FILE AN OBJECTION TO CONFIRMATION OF THE CHAPTER 13 PLAN, WHICH OBJECTION MUST BE SERVED ON THE DEBTOR, DEBTOR'S COUNSEL AND THE CHAPTER 13 TRUSTEE.

# United States Bankruptcy Court
# District of Massachusetts, Boston Division

## AMENDED CHAPTER 13 PLAN

Docket No.:

DEBTOR(S):  (H) **Pohl, Katie E.**                         SS# **4506**
                      (W)                                                    SS#

## I. PLAN PAYMENT AND TERM:

Debtor(s) shall pay monthly to the Trustee the sum of $ **407.00** for the term of:

[ ] 36 Months. 11 U.S.C. § 1325(b)(4)(A)(i);

[ ] 60 Months. 11 U.S.C. § 1325(b)(4)(A)(ii);

[x] 60 Months. 11 U.S.C. § 1322(d)(2). Debtor avers the following cause:

[ ] ____ Months. The Debtor states as reasons therefore:

**STATEMENT OF CAUSE: The Debtor is required to extend the plan to 60 months due to income constraints that make a shorter plan unfeasible.**

## II. SECURED CLAIMS:

A. Claims to be paid through the plan (including arrears):

| Creditor | Description of Claim (pre-petition arrears, purchase money, etc.) | Amount of Claim |
|---|---|---|
| **Ditech Financial LLC** | **37 Old Barn Rd, Plymouth, MA 02360-2987** | **17,891.04** |
| | Total of secured claims to be paid through the Plan: $ | **17,891.04** |

B. Claims to be paid directly to creditors (not through plan):

| Creditor | Description of Claim |
|---|---|
| **Ditech Financial LLC** | **37 Old Barn Rd, Plymouth, MA 02360-2987** |

C. Modifications of Secured Claims:

| Creditor | Details of Modification (Additional details may be attached) | Amt. of Claim to Be Paid Through Plan |
|---|---|---|
| **None** | | |

D. Leases:

i. The Debtor(s) intend(s) to reject the residential/personal property lease claims of:

**None**

ii. The Debtor(s) intend(s) to assume the residential/personal property lease claims of :
**None**

iii. The arrears under the lease to be paid under the Plan are _____.

**III. PRIORITY CLAIMS:**

A. Domestic Support Obligations:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **None** | | |

B. Other:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **None** | | |

Total of Priority Claims to Be Paid Through the Plan: $ **0.00**

**IV. ADMINISTRATIVE CLAIMS:**

A. Attorneys fees (to be paid through the Plan): $ **4,000.00**.

B. Miscellaneous fees:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **None** | | |

C. The Chapter 13 Trustee's fee is determined by Order of the United States Attorney General. The calculation of the Plan payment set forth utilizes a 10% Trustee's commission.

**V. UNSECURED CLAIMS:**

The general unsecured creditors shall receive a dividend of **0.00**% of their claims.

A. General unsecured claims: $ **8,977.00**

B. Undersecured claims arising after lien avoidance/cramdown:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **None** | | |

C. Non-Dischargeable Unsecured Claims:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|

Total of A + B + C unsecured claims: $__**8,977.00**__

D. Multiply total by percentage**:** $ **0.00**.

(Example: total of $38,500.00 x .22 dividend = $8,470.00)

E. Separately classified unsecured claims (co-borrower, etc.):

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **None** | | |

Total amount of separately classified claims payable at **100**%: $_____**0.00**

## VI. OTHER PROVISIONS:

A. Liquidation of assets to be used to fund Plan:

B. Miscellaneous provisions:

**\*Only creditors filing timely proofs of claim shall be paid through the plan.**

## VII. CALCULATION OF PLAN PAYMENT:

| | |
|---|---|
| A. Secured claims (Section I-A Total): | $ **17,891.04** |
| B. Priority claims (Section II-A & B Total): | $ **0.00** |
| C. Administrative claims (Section III-A & B Total): | $ **4,000.00** |
| D. Regular unsecured claims (Section IV-D Total): + | $ **0.00** |
| E. Separately classified unsecured claims: | $ **0.00** |
| F. Total of a + b + c + d + e above: | $ **21,891.04** |
| G. Divide (f) by .90 for total including Trustee's fee: Cost of Plan: | $ **24,324.00** |
| (This represents the total amount to be paid into the Chapter 13 Plan) | |
| H. Subtract total amount Debtor has paid to the Trustee to date | **$ 358.00** |
| I.  Total amount left to be paid | **$ 23,965.00** |
| J. Divide (G), Cost of Plan by, Term of Plan, **59**months | |
| K. Round up to nearest dollar:  Amended Monthly Plan Paymenbt | **$ 407.00** |
| Amended Monthly Plan Payment to begin June 2017 | (Enter this amount on Page 1) |

Pursuant to 11 U.S.C. §1326(a)(1) unless the Court orders otherwise, debtor shall commence making the payments proposed by a plan within thirty (30) days after the petition is filed. Pursuant to 11 U.S.C. §1326(a)(1)(C), the debtor shall make preconfirmation adequate protection payments directly to the secured creditor.

## VIII. LIQUIDATION ANALYSIS

A. Real Estate:

| Address | Fair Market Value | Total Amount of Recorded Liens (Schedule D) |
|---|---|---|
| **37 Old Barn Rd, Plymouth, MA 02360-2987** | **350,000.00** | **324,919.00** |

Total Net Equity for Real Property:    $      **25,081.00**

Less Total Exemptions (Schedule C):    $      **25,081.00**

Available Chapter 7:    $            **0.00**

B. Automobile

| Describe year, make and model | Value | Lien | Exemption |
|---|---|---|---|
| **2008 Toyota Camry** | **4,695.00** | **0.00** | **7,500.00** |

Total Net Equity:    $      **4,695.00**

Less Total Exemptions (Schedule C):    $      **4,695.00**

Available Chapter 7:    $            **0.00**

C. All Other Assets (All remaining items on Schedule B): (Itemize as necessary)

Total Net Value:    $      **11,017.00**

Less Exemptions (Schedule C):    $      **11,017.00**

Available Chapter 7:    $            **0.00**

D. Summary of Liquidation Analysis (total amount available under Chapter 7):

Net Equity (A and B) plus Other Assets (C) less all claimed exemptions: $ **0.00**.

E. Additional Comments regarding Liquidation Analysis:

**IX. SIGNATURES**

Pursuant to the Chapter 13 rules, the debtor or his or her attorney is required to serve a copy of the Plan upon the Chapter 13 Trustee, all creditors and interested parties, and to file a Certificate of Service accordingly.

**/s/ Thomas Benner**                                                                                          **May  25 2017**
Debtor's Attorney                                                                                                  Date

Attorney's Address:
**Benner & Weinkauf, P.C.**
**33 Samoset St**

**Plymouth, MA  02360-4551**

Tel. # **(508) 746-8030**  Email Address: **tbenner@tbennerlaw.com**

**I/WE DECLARE UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING REPRESENTATIONS OF FACT ARE TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF.**

*/s/ Katie E. Pohl*                                        **May 25, 2017**
Debtor                                                              Date

_____                _____
Debtor                                                              Date

## CERTIFICATE OF SERVICE

    I, Thomas C. Benner, certify that on May 25, 2017 a true and accurate copy of the foregoing Amended Chapter 13 Plan was served on the following parties via first class mail, postage pre-paid or electronically.

<u>By electronic mail using Court's CM/ECF system</u>:
John Fitzgerald, Esq., Office of the United States Trustee
Carolyn Bankowski, Esq., Chapter 13 Trustee
Michael Swain, Esq., Ditech Financial LLC

<u>By regular mail, postage prepaid:</u>

Katie Pohl

| | |
|---|---|
| 37 Old Barn Road | */s/ Thomas C. Benner* |
| | Thomas C. Benner |
| Plymouth, MA 02360 | Benner & Weinkauf, P.C. |
| | 33 Samoset Street |
| See attached list. | Plymouth, MA 02360 |
| | (508) 746-8030 |
| | BBO# 655483 |
| | tbenner@tbennerlaw.com |

Cbna
50 NW Point Blvd
Elk Grove Village, IL
60007-1032

Boston Children's Physicians Organiz
PO Box 4116
Woburn, MA  01888-4116

Action Collection Agency
PO Box 902
Middleboro, MA  02346-0902

Alpha Recovery Corp
5660 Greenwood Plaza Blvd Ste 101
Greenwood Village, CO  80111-2417

Ditech Financial LLC
PO Box 6172
Rapid City, SD  57709-6172

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

Credit One Bank NA
PO Box 98875
Las Vegas, NV  89193-8875

Fingerhut
6250 Ridgewood Rd
Saint Cloud, MN  56395-2001

Ditech Financial LLC fka Green Tree Servicin
P.O. Box 6154
Rapid City, South Dakota 57709-6154

Eversource
PO Box 660753
Dallas, TX  75266-0753

Minimed Distribution Center
13019 Collection Center Dr
Chicago, IL  60693-0130

Jordan Hospital Inc.
16 Commerce Blvd Ste 4
Middleboro, MA  02346-1085

Midland Funding, LLC
2365 Northside Dr Ste 30
San Diego, CA  92108-2709

SMG Compass Medical
PO Box 417487
Boston, MA  02241-7487

Northland Group, Inc.
PO Box 390905
Minneapolis, MN  55439-0905

Partners Health Care
PO Box 418393
Boston, MA  02241-8393

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

South Shore Skin Center
1 Scobee Cir Ste 3
Plymouth, MA  02360-4887

Syncb/Old Navy
PO Box 965005
Orlando, FL  32896-5005

Orlans, PC
PO Box 540540
Waltham,MA 02454

Synchrony Bank/Amazon
PO Box 960013
Orlando, FL  32896-0013

Transworld Systems Inc.
1 Huntington Quad
Melville, NY 11747-4438