**Fill in this information to identify the case:**

Debtor 1 __KATIE E. POHL__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __District of Massachusetts__

Case number __1711027-FJB__

# Form 4100R
## Response to Notice of Final Cure Payment   10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust, N.A., et al

**Court claim no.** (if known): 1-1

**Last 4 digits** of any number you use to identify the debtor's account: 7 3 3 9

**Property address:** 37 Old Barn Road
Number   Street

_____

Plymouth, MA 02360
City   State   ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: _____
MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.
Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:
   September 2020 - October 2020 @ $2,108.73 per month                                      (a) $ 4,217.46

b. Total fees, charges, expenses, escrow, and costs outstanding:
   See post-petition fee notice filed on June 16, 2020 for $764.50. Negative escrow balance of $1,151.24.   + (b) $ 1,915.74

c. **Total**. Add lines a and b.                                                            (c) $ 6,133.22

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   09/01/2020
MM / DD / YYYY

Form 4100R   **Response to Notice of Final Cure Payment**   page 1

| Debtor 1 | KATIE E. POHL | Case number (if known) 1711027-FJB |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ■ all payments received;
- ■ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ■ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Michael E. Swain, Esq.
Signature

Date  10/29/2020

Print  Michael E. Swain, Esq. BBO#676513
First Name   Middle Name   Last Name

Title  Attorney

Company  Demerle Hoeger LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  10 City Square, 4th Floor
Number   Street

Boston         MA         02129
City           State      ZIP Code

Contact phone  (617) 337-4444

Email  MSwain@DHNewEngland.com